IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


SEMAJ CARTER,                                          Civil Action

                    Plaintiff,                         No. 2:21-CV-00415

          v.

ALLEGHENY COUNTY JAIL,
FNU LEFEVERE, JOHN/JANE
 DOES (1), JOHN/JANE DOES (2)

          Defendants.


### NOTICE OF APPEARANCE

To:    Clerk, U.S. District Court for the Western District of Pennsylvania

          Please enter my appearance as counsel on behalf of Defendant ALLEGHENY

COUNTY JAIL and JAY LEFEVERE in the above-captioned matter.

          Respectfully submitted,

          */s/ Dennis Biondo Jr.*
          Dennis Biondo, Jr.
          Assistant County Solicitor
          Pa. I.D. #307908

          ALLEGHENY COUNTY LAW DEPARTMENT
          300 Fort Pitt Commons Building
          445 Fort Pitt Boulevard
          Pittsburgh, PA 15219
          (412) 350-1053
          Dennis.Biondojr@alleghenycounty.us

## <u>CERTIFICATE OF SERVICE</u>

I, Dennis R. Biondio, Jr. , Assistant County Solicitor, do hereby certify that a true and correct copy of the NOTICE OF APPEARANCE was served electronically upon all counsel of record:

Joel Sansone
Two Gateway Center
Suite 1290
Pittsburgh, PA 15202

<u>/s/ Dennis Biondo Jr.</u>
Dennis Biondio, Jr.
Assistant County Solicitor

Date: <u>May 11, 2021</u>